*15-13902 SK*



Certificate Number: 00437-CAC-CC-025188054



00437-CAC-CC-025188054

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 16, 2015, at 7:15 o'clock AM MDT, Rafat Mina received from Black Hills Children's Ranch, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Central District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: March 16, 2015           By:     /s/Flora Aracely Arredondo

                               Name:   Flora Aracely Arredondo

                               Title:  Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).